```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 03059
   DEMETRIA L SARDIN
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1768


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/12/2008 and was confirmed 04/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/04/2008.
--------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED          2052.90           .00          .00
COMMONWEALTH EDISON       UNSECURED          1561.30           .00          .00
INTERNAL REVENUE SERVICE  PRIORITY           4714.31           .00          .00
INTERNAL REVENUE SERVICE  UNSECURED           448.33           .00          .00
AMERITECH                 UNSECURED         NOT FILED          .00          .00
BANKONE CHASE             UNSECURED         NOT FILED          .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          2146.03           .00          .00
CITY OF CHICAGO PARKING   UNSECURED          1060.00           .00          .00
CAVALRY PORTFOLIO SERV    UNSECURED         11922.34           .00          .00
FAIRLANE CREDIT           UNSECURED         NOT FILED          .00          .00
IDES                      UNSECURED         NOT FILED          .00          .00
ST FRANCIS HOSPITAL & HE  UNSECURED         NOT FILED          .00          .00
SBC                       UNSECURED         NOT FILED          .00          .00
DARYL PATTERSON           NOTICE ONLY       NOT FILED          .00          .00
CITY OF CHICAGO WATER DE  SECURED             760.00           .00        20.00
COOK COUNTY TREASURER     SECURED                .00           .00          .00
AMERICAN HOME MTG         CURRENT MORTG         .00            .00          .00
AMERICAN HOME MTG         MORTGAGE ARRE        .00            .00          .00
VATIV RECOVERY SOLUTIONS  UNSECURED           444.83           .00          .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      284.00            .00        284.00
PORTFOLIO RECOVERY ASSOC  UNSECURED           493.53           .00          .00
CAVALRY PORTFOLIO SERV    SECURED NOT I      3240.00           .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,500.00                      654.80
TOM VAUGHN                TRUSTEE                                          83.38
DEBTOR REFUND             REFUND                                            .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             1,042.18


               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03059 DEMETRIA L SARDIN
```

```
PRIORITY                                                      284.00
SECURED                                                        20.00
UNSECURED                                                        .00
ADMINISTRATIVE                                                654.80
TRUSTEE COMPENSATION                                           83.38
DEBTOR REFUND                                                    .00
                                     ---------------   ---------------
TOTALS                                      1,042.18          1,042.18
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 11/19/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                          PAGE   2
     CASE NO. 08 B 03059 DEMETRIA L SARDIN